# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Barbara Siders, | ) | C/A No.: 5:20-cv-1667 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Kilolo Kijakazi, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

This Social Security case is before the Court upon the Fourth Circuit Court of Appeals' Mandate and Judgment that the district court's judgment dated September 30, 2021 be vacated and this case be remanded to the administrative law judge for further proceedings. For the reasons articulated in the July 12, 2023 opinion of the Fourth Circuit Court of Appeals, it is therefore

**ORDERED** that the district court's judgment dated September 30, 2021 is **VACATED**, and this case is **REMANDED** to the administrative law judge for further administrative proceedings consistent with the Fourth Circuit's opinion.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 16, 2023
Charleston, South Carolina